IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORIA C. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:12-cv-277-MEF |
| v. | ) | |
| | ) | (WO – Do Not Publish) |
| MOBIS ALABAMA, LLC, and | ) | |
| JEREMY POWERS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff Noria C. Green's Motion for Leave to Amend Original Complaint Against All Defendants (Doc. #39), which was timely filed on October 30, 2012. For good cause shown, it is hereby ORDERED as follows:

Plaintiff's Amended Complaint (Doc. #38), which was filed on October 29, 2012, before Plaintiff sought leave to amend her pleadings, is STRICKEN from the record. Plaintiff's Motion for Leave to Amend Original Complaint Against All Defendants (Doc. #39) is GRANTED, and Plaintiff shall be allowed until **November 2, 2012**, to file an Amended Complaint that complies with Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama for Civil and Criminal Cases, which provides, in pertinent part, that "Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."

DONE this the 31st day of October, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE